07-156M

## Violation Notice

| Violation Number | Officer Name (Print) | Officer No |
|---|---|---|
| R 3219926 | Ayana Taylor T1863 | DE-10 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☐ CFR ☐ USC ☒ State Code |
|---|---|
| 04/23/2007  1015 | DE TIT 11 Sec 840 Mand |

| Place of Offense | |
|---|---|
| Dover AFB  B106 266 | Dover AFB DE, 19902 |

Offense Description: Shoplifting

R 3219926

### DEFENDANT INFORMATION

| Last Name | First Name | MI | Phone |
|---|---|---|---|
| Roxton | Ibeth | | |

| Street Address | | | |
|---|---|---|---|

| City | State | Zip Code | |
|---|---|---|---|
| Dover | DE | 19904 | |

| Drivers License No | DL State | Social Security No | Date of Birth (mm/dd/yyyy) |
|---|---|---|---|
| | DE | | 1974 |

| ☐ Adult ☐ Juvenile | Sex ☐ Male ☒ Female | Hair Blk | Eyes Brown | Height 509 | Weight 145 |

### VEHICLE DESCRIPTION

| Tag No | State | Year | Make/Model | VIN | Color |
|---|---|---|---|---|---|

**A** ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy)

**B** ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT SEE INSTRUCTIONS (on back of yellow copy)

PAY THIS AMOUNT →
$ _____ Forfeiture Amount
+ $25 Processing Fee
$ _____ Total Collateral Due

**YOUR COURT DATE**
(If no court appearance date is shown, you will be notified of your appearance date by mail)

Court Address: US District Court, 844 King St., Wilmington DE 19801

Date (mm/dd/yyyy) _____   Time (hh:mm) _____

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature: Ibeth Roxton

---

REDACTED

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on **23 April**, 2007 while exercising my duties as a law enforcement officer in the **Kent** District of **Delaware**

Your Honor,
While performing daily duties as a patrolman, I responded to the base exchange for a shoplifting offense. I reviewed the security tape which revealed the subject selected multiple items and replaced a 50 percent sales tag with a 75 percent sales tag and replaced a regular sales item tag with a 50 percent sales tag.

The foregoing statement is based upon
☒ my personal observation     ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on 04/23/2007   Officer's Signature: _____

Probable cause has been stated for the issuance of a warrant.

Executed on _____   US Magistrate Judge
CVR Scan 5/3/2007 14 20 53