IN THE UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

UNITED STATES OF AMERICA :

    Plaintiff, :

    v. : VIOLATION NOTICE NO. R3219926

    Ibeth Boxton : 07-156M

    Defendant. :

## MOTION AND ORDER TO DISMISS

**NOW COMES** the United States of America, by its attorney, Colm F. Connolly, United States Attorney for the District of Delaware, and moves for the dismissal of the charges, with prejudice, in the above captioned case for _Ibeth Boxton_.

                                                COLM F. CONNOLLY
                                              United States Attorney

BY: _____
                                            NICHOLAS D. CARTER, Captain, USAF
                                            Special Assistant United States Attorney

DATE: November 14, 2007

**IT IS SO ORDERED** this _14th_ day of _November_ 2007.

FILED
NOV 1 4 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

_____
HONORABLE LEONARD P. STARK
United States Magistrate Judge